UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEREMIE EVANS, an individual; <br> HAI NGUYEN, an individual; <br> PHILLIP BUCHANAN, an individual; <br> DANIEL AKLIPI, an individual; <br> ZACH BETHKE, an individual; <br> JONATHAN VILLALUZ, an individual; <br> JAROD BURKHART, an individual; and <br> RANDALL THOMPSON, individual, <br><br> Defendants. | Civil Action No. 16-cv-1647RAJ <br><br> [PROPOSED] ORDER GRANTING LEAVE FOR ALTERNATIVE MAIL SERVICE ON DEFENDANT |

This matter comes before the Court on Plaintiff's Motion to Permit Alternative Mail Service on Defendant Hai Nguyen. Dkt. # 22. Because Plaintiff is unable, after repeated and reasonable efforts, to personally serve the summons and complaint on Defendant, good cause is shown to allow service by U.S. Mail or other means with similar indicia of commercially accepted reliability. Accordingly, Plaintiff's motion is granted.

DATED this 28th day of June, 2017.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING LEAVE FOR
ALTERNATIVE MAIL SERVICE - 1

Civil Action No. 16-cv-1647RAJ
16-1647.Criminal Productions ORDER on MTN for Alternative Service

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301