Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., | Civil Action No. 16-cv-1647RAJ |
| Plaintiff, | ORDER |
| v. | |
| JEREMIE EVANS, an individual; HAI NGUYEN, an individual; PHILLIP BUCHANAN, an individual; JONATHAN VILLALUZ, an individual; and RANDALL THOMPSON, individual, | |
| Defendants. | |

This matter comes before the Court on the Plaintiff's motion for an order to show cause against Defendant Phillip Buchanan. Dkt. # 47. Plaintiff's Motion is **GRANTED.** Defendant is **ORDERED** to show cause why he should not be ordered to participate in good faith in the required Rule 26(f) conference and Joint Status Report preparation, within 30 days of the date of this Order.

Dated this 19th day of March, 2018.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge