Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP BUCHANAN, an individual,<br><br>Defendant. | Civil Action No. 16-cv-1647RAJ<br><br>SECOND MOTION FOR ORDER TO SHOW CAUSE<br><br>NOTE ON MOTION CALENDAR:<br>May 11, 2018 |

Plaintiff respectfully moves for a further order to show cause or other sanction against Defendant for failing to respond to the Court's March 19, 2018 Order or otherwise participate in good faith in this case.

Phillip Buchanan is the sole remaining defendant in this case. Defendant filed an answer May 23, 2017. (Dkt. 29) As confirmed in the previously submitted declaration of counsel, (Dkt. 48), Plaintiff has made multiple attempts over an extended period of time to obtain Defendant's participation in the required Rule 26(f) conference. Defendant has ignored all requests, making it impossible for Plaintiff to have the Rule 26(f) conference or commence formal discovery to prosecute this case.

As a result, the Court issued a Show Cause Order on March 19, 2018, ordering Defendant to explain within thirty (30) days why he should not be ordered to participate in good faith in the

SECOND MOTION FOR ORDER TO SHOW CAUSE - 1
Civil Action No. 16-cv-1647RAJ
INIP-6-0057P24 2ndMOTShowCause

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

required Rule 26(f) conference and Joint Status Report preparation. (Dkt. 61) Defendant has failed to respond to the Court's order.

      Plaintiff accordingly requests an order to show cause to show cause why Defendant should not be ordered to participate in good faith in the required Rule 26(f) conference or, in the alternative, should not be found in default as a sanction for failing to respond to the Court's March 19, 2018 Order or otherwise participate in good faith in this case.

RESPECTFULLY SUBMITTED April 24, 2018

                                s/David A. Lowe, WSBA No. 24,453
                                Lowe@LoweGrahamJones.com
                                LOWE GRAHAM JONES[PLLC]
                                701 Fifth Avenue, Suite 4800
                                Seattle, WA 98104
                                T: 206.381.3300

                                Attorneys for Plaintiff

SECOND MOTION FOR ORDER TO SHOW CAUSE - 2
Civil Action No. 16-cv-1647RAJ
INIP-6-0057P24 2ndMOTShowCause

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system, and via U.S. Mail to:

>Phillip Buchanan
>8020 Mukilteo Speedway - Apt. 8
>Mukilteo, WA 98275

s/ David A. Lowe

SECOND MOTION FOR ORDER TO SHOW
CAUSE - 3
Civil Action No. 16-cv-1647RAJ

INIP-6-0057P24 2ndMOTShowCause

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301