Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHILLIP BUCHANAN, an individual, <br><br> Defendant. | Civil Action No. CV16-1647RAJ <br><br> ORDER TO SHOW CAUSE |

    This matter comes before the Court on the Plaintiff's second motion for an order to show cause against Defendant Phillip Buchanan. Considering all pleadings and filings of record, the Court concludes that an order is warranted, and Defendant is required within 30 days to show cause why he should not be ordered to participate in good faith in the required Rule 26(f) conference and Joint Status Report preparation, and further should not be sanctioned for his failure to meet the obligation of Rule 26(f).

    DATED this 26th day of July, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge