Philip Buchanan  civil action no. Cv16-1647RAJ
8020 Mukilteo speedway #8
Mukilteo, WA. 98275

August 12, 2018

AUG 14 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
Honorable Richard A. Jones
District Judge

Dear Judge Jones,

   I sitting here and have no idea what Rule 26 (f) is and even what all of this means or why I should be named a defendant.
I am going to repeat myself, I am in no way involved in any scheme or illegal activity regarding downloads of any sort.
My computer serves only to read the news headlines or check my email, I bought this used computer back in 2007 off Ebay for $90 bucks and it is near the end of it's life.
If anybody was to attempt any such activity I'm sure this computer would choke and die!
I had a computer guy here to look at improving the performance to log on or read my mail and he said I would be wasting my money.
I hope this is not a waste of your valuable time!

Sincerely

*Philip Buchanan*
Philip Buchanan

Sullivan

SEATTLE WA 980
13 AUG 2018 PM 7 L

Clerk, United States District Court
United States Court House
700 Stewart St. Suite 2310
Seattle, WA 98101