Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CRIMINAL PRODUCTIONS, INC.,

    Plaintiff,

v.

PHILLIP BUCHANAN, an individual,

    Defendant.

No. C16-1647 RAJ

MINUTE ORDER
TO SHOW CAUSE

The following Minute Order is made by the direction of the court, the Honorable Richard A. Jones, United States District Judge:

On July 26, 2018, the court issued an order on Plaintiff's second motion for order to show cause and required Defendant Phillip Buchanan to show cause within 30 days why he should not be ordered to participate in good faith in the required Rule 26(f) conference and Joint Status Report preparation, and further should not be sanctioned for his failure to meet the obligation under Rule 26(f).

On August 14, 2018, Mr. Buchanan submitted a letter to the court, which the court will construe as Mr. Buchanan's Answer to the Amended Complaint. Mr. Buchanan's submission, however, does not relieve him of his obligation pursuant to this court's orders that he participate in a Rule 26(f) conference and work with counsel for Plaintiff to submit a Joint Status Report.

Mr. Buchanan is encouraged to review the court's guide for pro se litigants, accessible at http://www.wawd.uscourts.gov/representing-yourself-pro-se, as well as the Federal Rules of Civil Procedure (https://www.law.cornell.edu/rules/frcp) and the Local Civil Rules of the Western District of Washington (http://www.wawd.uscourts.gov/sites/wawd/files/WAWDAllLocalCivilRules-2017.pdf).

The court's order requiring the parties to conduct an FRCP 26(f) conference, exchange initial disclosures, and submit a Joint Status Report requires that the parties provide the Court with a jointly-prepared status report. The parties may present their positions in separate paragraphs, but no separate reports are to be filed.

It is ORDERED that the parties shall file a Joint Status Report that complies with the court's requirements no later than **SEPTEMBER 21, 2018.** If no such report is filed by that date, the court will set a hearing for Mr. Buchanan to appear in person and show cause why either default should not be entered against him and/or why sanctions should not be imposed.

DATED this 6th day of September, 2018

WILLIAM M. McCOOL,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER TO SHOW CAUSE – 2