The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., | Case No. 2:16-cv-01647-RAJ |
| Plaintiff, | |
| vs. | NOTICE OF WITHDRAWAL OF COUNSEL |
| DOE 1, et al., | (LCR 83.2(B)(3)) |
| Defendants. | |

Please take notice that Kyle D. Nelson of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby withdraws as counsel of record for Defendant Zach Bethke ("Mr. Bethke"). Plaintiff voluntarily dismissed Mr. Bethke on May 17, 2017, ECF No. 27.

Dated: September 21, 2018.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/Kyle D. Nelson
Kyle D. Nelson, WSBA #49981
Kyle.nelson@ogletree.com
1201 Third Avenue, Ste. 5150
Seattle, WA 98101
T: 206-693-7057
F: 206-693-7058

Withdrawing Attorney for Defendant Zach Bethke

NOTICE OF WITHDRAWAL OF COUNSEL – 1
(Civil Action No. 2:16-cv-01647-RAJ)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2018, I filed the foregoing with the Clerk of the Court via ECF which will provide service to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONESPLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

Attorneys For Plaintiff

I hereby certify that on the 21st day of September, 2018, I mailed a copy of the filed pleading to Pro Se Defendants as follows:

| | |
|---|---|
| Jeremie Evans<br>1910 Galenta DR SW<br>Tumwater, WA 98512<br><br>Pro Se Defendant | Phillip Buchanan<br>8020 Mukilteo Speedway, #8<br>Mukilteo, WA 98275<br>T: 425-610-5088<br><br>Pro Se Defendant |

*/s/ Marissa Lock*
Marissa Lock, Practice Assistant

NOTICE OF WITHDRAWAL OF COUNSEL -2
(Civil Action No. 2:16-cv-01647-RAJ)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058