Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHILLIP BUCHANAN, <br><br> Defendant. | No. C16-1647 RAJ <br><br> MINUTE ORDER SETTING SHOW CAUSE HEARING |

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

This matter comes before the court *sua sponte*.  On September 6, 2018, the court entered a minute order directing the parties to file a Joint Status Report no later than September 21, 2018, that complies with the court's requirements set forth in its Order Regarding Initial Disclosures and Joint Status Report.  The court warned Mr. Buchanan that if no such report was filed by that date, the court would set a hearing for Mr. Buchanan to appear in person and show cause why either default should not be entered against him and/or why sanctions should not be imposed.

On September 24, 2018, Plaintiff filed a report stating, "To date Plaintiff has still received no communication from Defendant in response to any of the Court's prior Orders, or otherwise demonstrating an effort to participate as ordered."

Accordingly, the Court sets a hearing for **NOVEMBER 9, 2018 at 3:30 p.m.**, in Courtroom 13106 of the United States District Court, 700 Stewart Street, Seattle, Washington, before the Honorable Richard A. Jones, for Mr. Buchanan to appear and show cause why either default should not be entered against him and/or why sanctions should not be imposed.

DATED this 27th day of September, 2018.

> WILLIAM M. McCOOL,
> Clerk of the Court
>
> */s/ Victoria Ericksen*
> Deputy Clerk to Hon. Richard A. Jones